IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Chapter 13 |
| DEBRA L. CANTORE, ) | Case No. 17-19917 |
| ) | JUDGE SCHMETTERER |
| Debtor(s). ) | |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*

U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: ecf@tvch13.net

*To the following persons or entities who have been served via U.S. Mail:*

See attached sheet.

PLEASE TAKE NOTICE that on November 25, 2020, at 10:00 am, I will appear telephonically before the Honorable Judge Schmetterer, or any judge sitting in his place, and present the Motion to Modify Plan, a copy of which is attached.

**This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information: Toll Free Number: 1-888-557-8511; Access Code: 3900709.**

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Christine H. Clar
Christine H. Clar, ARDC #6202332
Attorney for the Debtor

## **PROOF OF SERVICE**

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: October 22, 2020          /s/ Christine H. Clar
                                           Christine H. Clar, A.R.D.C. #6202332
                                           Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com

*To the following persons or entities who have been served via U.S. Mail:*

Debra Cantore
1201 S. Kensington Ave.
Countryside, IL  60525

ACAR Leasing
Dba GM Financial Leasing
P.O. Box 183853
Arlington, TX  76096

IRS
P.O. Box 7346
Philadelphia, PA  19101-7346

LVNV Funding
Resurgent Capital Services
P.O. Box 10587
Greenville, SC  29603-0587

Quantum3 Group
GPCC I
P.O. Box 788
Kirkland, WA  98083

Portfolio Recovery Assoc.
Capital One Bank
P.O. Box 41067
Norfolk, VA  23541

IL Dept. of Revenue
Bankruptcy Section
P.O. Box 19035
Springfield, IL  62794-9035

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) Chapter 13 |
| DEBRA L. CANTORE, | ) Case No. 17-19917 |
| | ) JUDGE SCHMETTERER |
| Debtor(s). | ) |

## DEBTOR'S MOTION TO MODIFY
## THE CHAPTER 13 PLAN

NOW COMES, THE DEBTOR, DEBRA L. CONTORE, by and through her attorneys, David M. Siegel & Associates, LLC, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On June 30, 2017, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on September 13, 2017. That Tom Vaughn was appointed Trustee in this case.

3) The Debtor's Confirmed Modified Chapter 13 plan provides for payments of $275.00 monthly for 60 months, for an initial plan term of 60 months, with payments to the General Unsecured Creditors of 15% of their allowed claims.

4) That the Confirmed Plan incorrectly listed the initial plan term as 60 months.

5) That debtor seeks to correct this error by changing the plan payment to $275.00 for 36 months, for an initial plan term of 36 months with payments to the General Unsecured Creditors of 10% of their allowed claims as required by Form 122C-1 (Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income).

6) This proposal is made in good faith and without the intent to defraud creditors.

WHEREFORE, the Debtor, DEBRA L. CONTORE, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

        Respectfully Submitted,

        /s/ Christine H. Clar
        Christine H. Clar, A.R.D.C. #6202332
        Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com